

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00710-CV

**IN THE INTEREST OF G.A.M.**, M.A.S.B. & G.E.E., Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA02590
Honorable Karen H. Pozza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that no costs shall be assessed against appellants in relation to this appeal because they qualify as indigent under TEX. R. APP. P. 20.

SIGNED February 12, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice